# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jermal Daniels,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                  3:06-cv-144-1-MU

Jay Bigelow, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 5, 2006 Order.

**Signed: April 5, 2006**

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court